RECEIVED and Issued by AH

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2019 DEC 18  A 11: 56

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MARKO NIKOLIC | ) Criminal No. 1:19-cr-358 (AJT) |
| | ) |
| and | ) |
| | ) |
| KATARINA MATIC, | ) |
| | ) |
| Defendants | ) |

### PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated

below for appearance before said Court at Alexandria, Virginia in United States District Court at

10:00 o'clock a.m., on the 31st day of March, 2020, then and there to testify on behalf of the

United States:

- 25 sets (50 blanks)

This ___18th___ day of December, 2019.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____

Russell L. Carlberg
Special Assistant United States Attorney
Raizza Ty
Assistant United States Attorney

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:19-CR-358 (AJT) |
| MARKO NIKOLIC, et al | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court  401 Courthouse Square  Alexandria, VA 22314 | Courtroom No.: Judge Anthony Trenga, 7th floor |
|---|---|
| | Date and Time: March 31, 2020 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:  12/18/2019

_CLERK OF COURT_

_____

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
the United States of America  , who requests this subpoena, are:

Russell L. Carlberg, Special Assistant United States Attorney
Raizza Ty, Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700